ACCEPTED
06-15-00122-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/11/2015 12:01:57 PM
DEBBIE AUTREY
CLERK

No. 06-15-00122-CR

IN THE COURT OF APPEALS
SIXTH DISTRICT
AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/11/2015 12:01:57 PM
DEBBIE AUTREY
Clerk

DAVID SYLVESTER CHAMBERS, Appellant

*v.*

THE STATE OF TEXAS

APPELLANT'S MOTION TO ABATE APPEAL DUE TO THE ABSENCE
OF FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON A DENIED MOTION TO SUPPRESS EVIDENCE AND
MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF
PENDING FILING OF FINDINGS AND CONCLUSION IN A
SUPPLEMENTAL CLERK'S RECORD

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

Comes now, David Sylvester Chambers, Appellant in the above styled and numbered cause and would show this honorable Court the following:

**I.**

Chambers was convicted in the above cause of theft of property with a value over $1500.00 and under $20,000.00. Punishment, enhanced by two prior felony convictions, was assessed at 15 years of imprisonment. Notice of appeal was timely filed and the appeal docketed in this Court after transfer from the Tenth Court of Appeals. The clerk's record was filed on July 22, 2015. The reporter's

record was filed on August 20, 2015. Chambers' brief is due on September 21, 2015.

## II.

Before trial, Chambers filed a motion to suppress evidence recovered following his warrantless stop and arrest (CR 22-25). A hearing on the motion to suppress was held (6 RR 155-184). The trial court denied the motion to suppress (6 RR 184). Within his motion to suppress, Chambers requested the trial court enter findings of fact and conclusions of law if the motion to suppress was denied (CR 23). The record on appeal does not contain the findings and conclusions as requested.

## III.

Evidence subject to the suppression motion was admitted at trial. Chambers intends to challenge the trial court's denial of his motion to suppress on appeal. As the non-prevailing party on the motions to suppress, Chambers timely sought for the trial court to make findings of fact and conclusions of law which would provide this Court with a basis upon which to review the trial court's application of the law to the facts upon denying any motion to suppress.

## IV.

The requirement to make such findings and conclusions upon request of the non-prevailing party is recognized in *State v. Cullen*, 195 S.W.3d 696, 699

(Tex.Crim.App. 2006).  Upon request of the non-prevailing party, a trial court has twenty days to enter findings and conclusions.  *Cullen*, 195 S.W.3d at 699.  The failure to enter requested findings and conclusions will result in abatement by the appellate court to the trial court for entry of the findings and conclusions.  *Blocker v. State*, 231 S.W.3d 595, 598 (Tex. App. – Waco 2007, no pet.).  When required findings have not been made, the appellate court must first abate the appeal so that the required findings can be made.  *In re Graves*, 217 S.W.3d 744, 754 (Tex. App. – Waco 2007) (Gray, C.J., dissenting).

## V.

Counsel cannot prepare Chambers' brief without the trial court first entering the requested findings and conclusions.  This is Chambers' first request for an extension to file his brief.  Chambers seeks to have the Court reset the briefing schedule in this case pending the filing of the requested findings and conclusions from the trial court on the denied motion to suppress.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Chambers respectfully requests the entry of an order of abatement directing the trial court to enter written findings and conclusions on any motion to suppress evidence denied by the trial court in the litigation of the above styled and numbered cause.  Chambers further requests that such findings and conclusions be provided to this Court by way of a

3

supplemental clerk's record. Finally, Chambers prays the briefing schedule be reset pending receipt of the findings and conclusions from the trial court.

Respectfully submitted,

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

1411 West Ave., Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594
wetzel_law@1411west.com

Attorney for Appellant
David Sylvester Chambers

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of this pleading was emailed to Counsel for the State of Texas, Doug Howell, Assistant District Attorney, at his email address maintained in Brazos County at dhowell@co.brazos.tx.us on this the 11th day of September, 2015.

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300